Aaron R. Maurice, Esq.
Nevada Bar No. 6412
Brittany Wood, Esq.
Nevada Bar No. 7562
Elizabeth E. Aronson, Esq.
Nevada Bar No. 14472
**Maurice Wood**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:     amaurice@mauricewood.com
            bwood@mauricewood.com
            earonson@mauricewood.com

Attorneys for Defendant,
STEWART TITLE GUARANTY COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARINERS PAC VENTURES, LLC,<br>Plaintiff,<br><br>vs.<br><br>STEWART TITLE GUARANTY COMPANY; STEWART TITLE OF NEVADA – LAS VEGAS DIVISION; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,,<br><br>Defendants. | CASE NO. 2:21-cv-02120-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**[First Request]** |

Defendant Stewart Title Guaranty Company ("STGC"), by and through its attorneys of record, the law firm of Maurice Wood, and Plaintiff Mariners PAC Ventures LLC ("Plaintiff"), by and through its counsel of record, Wright Finlay & Zak, hereby stipulate and agree as follows:

1. On July 1, 2021, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. Case No. A-21-837293-C.  See ECF No. 1-1.

2. On November 29, 2021, STGC filed a Petition for Removal with this Court, based upon diversity jurisdiction.  See ECF No. 1.

3. STGC's deadline to file an Answer or otherwise respond to Plaintiff's Complaint is currently December 3, 2021.  See id.

4.      Plaintiff's counsel has requested an opportunity to explore the possibility of settlement before engaging in motion practice.

5.      Accordingly, STGC requests an extension of sixty (60) days from the current deadline, until February 4, 2022, to file an answer or otherwise respond to Plaintiff's Complaint.

6.      This additional time will allow the parties to engage more substantive discussions regarding the potential resolution of the litigation without motion practice.

7.      Counsel for Plaintiff does not oppose the requested extension.

8.      This is the first request for an extension, brought in good faith and not for purposes of delay.

DATED this 6th day of December, 2021.

**MAURICE WOOD**

By: /s/ *Elizabeth E. Aronson*
  AARON R. MAURICE, ESQ.
  Nevada Bar No. 006412
  BRITTANY WOOD, ESQ.
  Nevada Bar No. 007562
  ELIZABETH E. ARONSON, ESQ.
  Nevada Bar No. 014472
  8250 West Charleston Blvd., Suite 100
  Las Vegas, Nevada 89117
  *Attorneys for Defendant*

DATED this 6th day of December, 2021.

**WRIGHT FINLAY & ZAK, LLP**

By:/s/ *Lindsay D. Dragon*
  DARREN T. BRENNER, ESQ.
  Nevada Bar No. 8386
  LINDSAY D. DRAGON, ESQ.
  Nevada Bar No. 13474
  CHRISTINA V. MILLER, ESQ.
  Nevada Bar No. 12448
  7785 W. Sahara Ave., Suite 200
  LAS VEGAS, NV 89117
  *Attorneys for Plaintiff*

**Order**
**IT IS SO ORDERED**

**DATED:** 10:44 am, December 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**